IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GWENDOLYN G. DUNIGAN                                                         PLAINTIFF

V.                      NO. 1:18CV00092 BRW/PSH

ANDREW SAUL,
Commissioner of Social Security Administration                DEFENDANT

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in its entirety .

Accordingly, this case is immediately REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED, this 11th day of December, 2019.

                                           Billy Roy Wilson_____
                                           UNITED STATES DISTRICT JUDGE