IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GWENDOLYN G. DUNIGAN                                   PLAINTIFF

V.                      NO. 1:18CV00092 BRW/PSH

ANDREW SAUL,
Commissioner of Social Security Administration                DEFENDANT

## **JUDGMENT**

Based on the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED, this 11th day of December, 2019.

                                               Billy Roy Wilson_____
                                               UNITED STATES DISTRICT JUDGE